UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16CR00039 JAR |
| | ) | |
| RAMORI ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the Order, Memorandum and Report and Recommendation of United States Magistrate Judge Noelle C. Collins (ECF No. 80). On November 28, 2016, Defendant filed an Amended Motion to Suppress Evidence (ECF No. 55) and a Motion to Suppress Statements (ECF No. 56). Magistrate Judge Collins recommends the Court deny the Amended Motion to Suppress Evidence, and the Motion to Suppress Statements.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Noelle C. Collins, who filed an Order, Memorandum and Report and Recommendation on July 19, 2017 (ECF No. 80). The Magistrate Judge recommends that the Amended Motion to Suppress Evidence (ECF No. 56) and the Motion to Suppress Statements (ECF No. 56) be denied. Neither party has filed objections or otherwise responded to the Order, Memorandum and Report and Recommendation. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Order, Memorandum and Report and Recommendation of the United States Magistrate Judge [80] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Amended Motion to Suppress Evidence [55] is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion Suppress Statements [56] is **DENIED**.

Dated this 11th day of August, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE